■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCISCO MARTINEZ, Appellant. [938 NYS2d 800]

The verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's determinations concerning the credibility and reliability of witnesses, and its rejection of defendant's third-party-culpability defense.

The court properly exercised its discretion in receiving rebuttal evidence concerning the type of baseball bat used during the incident by the person claimed by defendant to be the actual perpetrator (*see e.g. People v Harrington*, 262 AD2d 220 [1999], *lv denied*, 94 NY2d 823 [1999]). Under the circumstances, the nature of the instrument was material to the case.

We perceive no basis for reducing the sentence. Concur—Tom, J.P., Friedman, Sweeny, Moskowitz and DeGrasse, JJ.

■ KINGDOM ASSOCIATES, INC., Appellant, v T.H.I. PROPERTIES, LTD., Respondent, et al., Defendants. [938 NYS2d 801]—

The motion court applied the proper standard for a stay (*see Buzzell v Mills*, 32 AD2d 897 [1969]). The instant parties are both parties to the prior action, and defendant's cross claims against plaintiff in that action allege that plaintiff was negligent in performing the construction services for which it seeks payment in this action. Concur—Tom, J.P., Friedman, Sweeny, Moskowitz and DeGrasse, JJ.